IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOSEPH ANTHONY SORRELL                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:12cv011-MPM-DAS

CHARLES RINEHART, IN HIS OFFICIAL CAPACITY
AS SHERIFF OF ALCORN COUNTY, MISSISSIPPI
AND INDIVIDUALLY AND SCOTT A. BROWN,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY
OF DEPUTY SHERIFF OF ALCORN COUNTY,
MISSISSIPPI, AND ALCORN COUNTY, MISSISSIPPI              DEFENDANTS

### STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the parties for the above captioned cause of action, by and through their attorneys of record, and files this their Stipulation of Dismissal pursuant to Rule  41(a)(1)  of the *Federal Rules of Civil Procedure*; and, with the filing of this Stipulation of Dismissal, the above captioned action is dismissed WITH PREJUDICE to all parties.

Respectfully submitted, this the  4th  day of  February , 20 13 .

JOSEPH ANTHONY SORRELL, PLAINTIFF

BY: _____
Danny L. Lowrey, Esq., Counsel for
the Plaintiff

               CHARLES RINEHART, IN HIS OFFICIAL
               CAPACITY AS SHERIFF OF ALCORN COUNTY,
               MISSISSIPPI, AND INDIVIDUALLY AND
               SCOTT A. BROWN, INDIVIDUALLY AND IN
               HIS OFFICIAL CAPACITY OF DEPUTY SHERIFF
               OF ALCORN COUNTY, MISSISSIPPI AND
               ALCORN COUNTY, MISSISSIPPI,
               DEFENDANTS

BY: _____
     J. SCOTT ROGERS, Counsel for
     the Defendants

**PREPARED BY:**

J. Scott Rogers (MSB No. 100014)
Scott, Sullivan, Streetman & Fox, P.C.
P. O. Box 13847
Jackson, MS 39236-3847
Telephone: (601) 607-4800
Facsimile: (601) 607-4801